**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

August 18, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Perez Toro v. Soto, et al.*, No. 26-10313 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in the above-referenced habeas matter brought by Petitioner Darwin Omar Perez Toro, contesting the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). On August 14, 2026, the Court ordered Respondents to file a letter certifying Petitioner's release within three (3) days after entry of the Order. *See* ECF No. 2. ICE has advised this Office that Petitioner was released on August 14, 2026, at approximately 7:20 p.m. Respondents apologize to the Court and Petitioner for submitting this confirmation letter after the Court's deadline, and respectfully request that the Court accept this letter *nunc pro tunc*.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** August 18, 2026

cc: Counsel of record (via *electronic filing*)